## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VIRTUAL IMMERSION TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br> v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>    Defendant. | **Civil Action No. 2:16-cv-1310-RWS** |

## FINAL JUDGMENT

Pursuant to the Order Granting Plaintiff Virtual Immersion Technologies LLC's Motion to Dismiss with Prejudice, the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the parties take nothing and that this case is **DISMISSED** with prejudice.

**SIGNED this 13th day of March, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE